(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant
 Jin Mu



FILED
DISTRICT COURT OF GUAM

NOV 22 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

-------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 05-00083 |
| Plaintiff, | ( ) | SUBSTITUTION OF ATTORNEYS |
| vs. | ( ) | |
| JIN MU and YI XU CHEN, | ( ) | |
| Defendants. | ( ) | |

-------------

Jin Mu, one of the defendants herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in the place and stead of Law Offices of Mark S. Smith, Mark S. Smith, Esq., his court-appointed attorney of record in the above-entitled

--------------------

(SUBSTITUTION OF ATTORNEYS)
Case No. CR 05-00083

proceeding, each of the undersigned consenting hereto.

Dated at Hagåtña, Guam, this 21st day of November, 2005.

_____
JIN MU
Defendant

_____
MARK S. SMITH
For Law Offices of Mark S. Smith
Withdrawing attorney for
   defendant

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Substituting attorney for
   defendant

(\DOCUMENT\Subatty.JMu)

2

Case 1:05-cr-00083   Document 17   Filed 11/22/2005   Page 2 of 2