(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant
 Jin Mu

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 05-00083 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| JIN MU and YI XU CHEN, | ( | |
| Defendants. | ( | |

------------

Defendant Jin Mu, having filed a substitution of attorneys, and the Court being fully advised,

IT IS ORDERED that the substitution of attorneys is approved, and

IT IS FURTHER ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as defendant Jin Mu's retained attorney of record in the above-entitled proceeding in the place and stead of Law Offices of Mark S. Smith, Mark S. Smith, Esq.,

--------------------

(ORDER)
Case No. CR 05-00083

his court-appointed attorney of record in the above-entitled proceeding.

Dated this 23rd day of November, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(\DOCUMENT\Order.JMu)

RECEIVED
NOV 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM