HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

FILED
DISTRICT COURT OF GUAM

NOV 25 2005

MARY L.M. MORAN
CLERK OF COURT

Substituting attorney for defendant Jin Mu

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 05-00083 |
| Plaintiff, | ( ) | DECLARATION AND MOTION FOR CONTINUANCE, ETC. |
| vs. | ( ) | |
| JIN MU and YI XU CHEN, | ( ) | |
| Defendants. | ( | |

------------

I, Howard Trapp, declare that I am the substituting attorney for defendant Jin Mu.

2. This case is set for trial on December 12, 2005.

3. The deadline for the parties to make pretrial motions is November 28, 2005.

4. Just last week defendant Jin Mu was advised by the United States

(DECLARATION AND MOTION FOR CONTINUANCE, ETC.)
Case No. CR 05-00083

Magistrate Judge that he could retain and substitute counsel of his own choosing, "no questions asked."

5. I am the attorney for defendant-appellant in *United States vs. Stephen Remy Mueller,* No. 05-10180 in the United States Court of Appeals for the Ninth Circuit. *Mueller* is scheduled to be heard in Honolulu, Hawaii, on November 22, 2005. Also, on October 31, 2005, one of my daughters-in-law gave birth to my wife's and my second grandson in San Francisco. I shall be in San Francisco for the Thanksgiving Day holiday. I shall be off-island from November 22, 2005, to December 3, 2005.

6. In light of the foregoing, the failure to grant a continuance of approximately six weeks to two months would for all practical purposes deny defendant Jin Mu reasonable time to obtain counsel and would also deny me the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The attorney for the government is off-island.

8. I am advised by the attorney for defendant Yi Xu Chen that defendant Yi Xu Chen has no objection to this motion.

2

(DECLARATION AND MOTION FOR CONTINUANCE, ETC.)
Case No. CR 05-00083

I declare under penalty of perjury that the foregoing is true and correct.

Wherefore defendant Jin Mu respectfully moves that the trial of this case be continued for approximately six weeks to two months and that the deadline for the parties to make pretrial motions be extended for at least one month, all on the ground that the ends of justice served by taking such action outweigh the best interest of the public and defendant Jin Mu in a speedy trial in that the failure to grant such a continuance and extension would for all practical purposes deny defendant Jin Mu reasonable time to obtain counsel and would also deny substituting counsel for defendant Jin Mu the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Executed on November 21, 2005, at Hagåtña, Guam.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Substituting attorney for defendant
Jin Mu

3

# DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on November 25, 2005, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2005, at Hagåtña, Guam.

_/s/ Leilani D. Ada_
LEILANI D. ADA

## DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Jin Mu herein, and that I served the document to which this declaration is annexed on Samuel S. Teker, Esq., the attorney for defendant Yi Xu Chen herein, by leaving a copy at Teker Torres & Teker, P.C., 130 Aspinall Avenue, Suite 2A, Hagåtña, Guam, Mr. Tekers's last known address, with a person in charge thereof, on November 25, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2005, at Hagåtña, Guam.

_____
LEILANI D. ADA