(lda)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant Jin Mu

FILED
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 05-00083 |
| Plaintiff, | ( ) | ORDER |
| vs. | ( ) | |
| JIN MU and YI XU CHEN, | ( ) | |
| Defendants. | ( | |

Defendant Jin Mu having moved for an order that the trial of this case be continued for approximately six weeks to two months and that the deadline for the parties to make pretrial motions be extended for at least one month, and it appearing to the court that the ends of justice served by taking such action outweigh the best interest of the public and defendant Jin Mu in a speedy trial in that the failure to grant such a continuance and extension would for all practical purposes deny

(ORDER)
Case No. CR 05-00083

defendant Jin Mu reasonable time to obtain counsel and would also deny substituting counsel for defendant Jin Mu the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the Court being otherwise fully advised,

IT IS ORDERED that the trial of this case is continued to February 13, 2006, at 9:00 A.M., and

IT IS FURTHER ORDERED that the deadline for the parties to make pretrial motions is extended to December 29, 2005.

Dated at Hagåtña, Guam, this 28th day of November, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(Order.JMu)



RECEIVED
NOV 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2