

FILED
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00083-001**  **DATE: February 9, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: Judith Hattori
Court Reporter: Wanda Miles   Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:48:06 - 11:20:54**   CSO: J. McDonald / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JIN MU**   **ATTY : HOWARD TRAPP**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON   AGENT:

U.S. PROBATION: STEVE GUILLIOT   U.S. MARSHAL: C. MARQUEZ / W. GRAY

INTERPRETER: FOO MEE CHUN CLINARD   LANGUAGE: MANDARIN

**PROCEEDINGS:   CHANGE OF PLEA   (SEALED)**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:   AGE: **44**   SCHOOL COMPLETED: **13 years**
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
   OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: **COUNT II, II, AND IV**
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( X ) STATUS HEARING: **May 10, 2006** at **10:00 a.m.**

PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY \_ GOV'T \_ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE

NOTES:

Government moved to seal the case and stated her reasons. Defense joined in the motion. The Court Granted the Motion. Ms. Johnson to confer with counsel for the co-defendant and will file the appropriate pleadings.

Defendant consented to enter his plea before a US Magistrate Judge. Report and Recommendation executed.

Courtroom Deputy: