**FILED**

DISTRICT COURT OF GUAM

FEB - 9 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00083 |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION** **CONCERNING PLEAS OF GUILTY** **IN A FELONY CASE** |
| JIN MU, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim.

P., and has entered pleas of guilty to Counts II, III and IV of an Indictment charging him with

Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii). After examining the defendant

under oath, I have determined that the defendant is fully competent and capable of entering

informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and

that the offenses charged are supported by an independent bases in fact establishing each of the

///
///
///
///
///
///
///

**ORIGINAL**

1 essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted

2 and that the defendant be adjudged guilty and have sentence imposed accordingly.

3 IT IS SO RECOMMENDED.

4 DATED this 9th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**