IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
***AMENDED* CRIMINAL MINUTES**



FILED
DISTRICT COURT OF GUAM
FEB 10 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00083-001            DATE: February 9, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:48:06 - 11:20:54         CSO: J. McDonald / J. Lizama

************************* **A P P E A R A N C E S** *************************

**DEFT:** JIN MU                                  **ATTY :** HOWARD TRAPP
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.       ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                 AGENT:

U.S. PROBATION: STEVE GUILLIOT              U.S. MARSHAL: C. MARQUEZ / W. GRAY

INTERPRETER: FOO MEE CHUN CLINARD          LANGUAGE: MANDARIN

**PROCEEDINGS:**     CHANGE OF PLEA          (SEALED)

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:    AGE: 44    SCHOOL COMPLETED: 13 years
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT II, III, AND IV**
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( X ) STATUS HEARING: May 10, 2006 at 10:00 a.m.

PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE

NOTES:

Government moved to seal the case and stated her reasons. Defense joined in the motion. The Court Granted the Motion. Ms. Johnson to confer with counsel for the co-defendant and will file the appropriate pleadings.

Defendant consented to enter his plea before a US Magistrate Judge. Report and Recommendation executed.

**Amended to correct Count information

Courtroom Deputy: _____