# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

        Plaintiff,

    vs.

Jin Mu,

       Defendant.

Case No. 1:05-cr-00083-001 *SEALED*

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge and Report and Recommendation filed February 9, 2006***, on the dates indicated below:

*U.S. Attorney's Office*
*February 10, 2006*

*Howard Trapp*
*February 13, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge and Report and Recommendation filed February 9, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 13, 2006

/s/ Marilyn B. Alcon
    Deputy Clerk