```
                                                              FILED
                                                       DISTRICT COURT OF GUAM
                                                           MAR -8 2006
                                                          MARY L.M. MORAN
                                                          CLERK OF COURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00083 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS CONFERENCE** |
| JIN MU, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts II, III and IV of an Indictment charging him with Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for status conference on **May 10, 2006** at **10:00 a.m.**.

IT IS SO ORDERED.

DATED this 8th day of March 2006.

_____
JAMES L. ROBART*
District Judge

ORIGINAL

---

* The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.