Jin Mu.ORD

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JIN MU, <br><br> Defendant. | CRIMINAL CASE NO. 05-00083 <br><br> **ORDER** <br> Re: STIPULATION OF PARTIES |

**IT IS HEREBY ORDERED** that the parties' stipulation to continue the status conference shall be lodged under seal, and that this case will remain sealed pending further proceedings.

**IT IS FURTHER ORDERED** that the Status Conference is continued to the 8th day of August, 2006, at 9:30 a.m.

**SO ORDERED**, this 11 day of May, 2006.

JOHN C. COUGHENOUR*
District Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.