ORIGINAL

```
jinmustp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334
```

FILED
DISTRICT COURT OF GUAM
JUN 22 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00083-01 |
| Plaintiff, | **STIPULATED MOTION TO** |
| vs. | **CONTINUE STATUS HEARING** |
| JIN MU, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Howard Trapp, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for August 8, 2006, and that it be continued for two (2) months, at a date and time to be selected by the court at it's convenience.

JUN 22 2006
JUN 22 2006
_____
DATE

/s/ Howard Trapp
HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/21/06
_____  By: _____
DATE            KARON V. JOHNSON
                Assistant U.S. Attorney