LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00083 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | **re: Second Continuance of** |
| ) | **Status Hearing** |
| JIN MU, ) | |
| Defendant. ) | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for August 8, 2006, is hereby rescheduled October 10, 2006, at 2:30 p.m.

June 23, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge