jinmu6stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JIN MU, )<br>)<br>Defendant. )<br>_____) | CRIMINAL CASE NO. 05-00083<br><br>**STIPULATED MOTION TO<br>VACATE STATUS HEARING<br>UNSEAL CASE AND SET<br>SENTENCING DATE** |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Howard Trapp, hereby motion this Honorable Court to vacate the Status Hearing, unseal the record and set a sentencing date.

DATED: AUG 22 2006

_____
HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 8/21/06         By: _____
KARON V. JOHNSON
Assistant U.S. Attorney