(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIN MU,<br><br>    Defendant. | Criminal Case No. 05-00083<br><br>REQUEST FOR HEARING |

The parties respectfully request a hearing on the Stipulated Motion to Vacate Status Hearing and Set Sentencing Date filed in this proceeding on Aug. 22, 2006. The reason for this request is that the parties wish to address the release of Defendant, pending sentencing, at this time.

Dated at Hagåtña, Guam, this 23rd day of August, 2006.

_____
KARON V. JOHNSON
Assistant U.S. Attorney
Attorney for Plaintiff

_____
HOWARD TRAPP
for HOWARD TRAPP INCORPORATED
Attorney for Defendant

ORIGINAL