(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam  96910
Telephone 477-7000

Attorney for Defendant



**FILED**

DISTRICT COURT OF GUAM

AUG 2 4 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

### DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00083 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| JIN MU, | ( | |
| | ) | |
| Defendant. | ( | |

------------

The parties having so requested, and the Court being fully advised, now, therefore,

IT IS ORDERED that the Motion to Vacate Status Hearing and Set Sentencing Date filed in this proceeding on August 22, 2006, will be heard before the undersigned United States Magistrate Judge at U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, on August 25, 2006, at 2:00 P.M.  Additionally, at

///

///

# ORIGINAL

said hearing the Court will also address the Defendant's request for release pending sentencing.

Dated at Hagåtña, Guam, this 24th day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(Order.JMu)