(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant Jin Mu

FILED
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00083 |
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| JIN MU, et al., | ) | |
| Defendants. | ) | |

It is stipulated that the time within which Defendant Jin Mu may state in writing any objection he may have to the presentence report be extended to November 10, 2006. (Sentencing is set for December 13, 2006.) The reason for this stipulation is that the attorney for Defendant Jin Mu was off-island from October 14 to 24, 2006.

Dated at Hagåtña, Guam, this 26th day of October, 2006.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant Jin Mu

_____
MARIA C. CRUZ
U.S. Probation Officer