(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant Jin Mu

FILED
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ( | Case No. CR 05-00083 |
| Plaintiff, | ) ( | ORDER |
| vs. | ) ( | |
| JIN MU, et al., | ) ( | |
| Defendants. | ) | |

------------

The parties and the probation officer having so stipulated, and good cause appearing hereto,

IT IS ORDERED that the time within which Defendant Jin Mu may state in writing any objections he may have to the presentence report is extended to November 10, 2006.

Dated at Hagåtña, Guam, this 27th day of October, 2006.

_____
Alex R. Munson
United States District Judge
District Court of Guam

ORIGINAL