(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa9
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant Jin Mu



FILED
DISTRICT COURT OF GUAM
OCT 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00083 |
| | ) | |
| Plaintiff, | ( | OBJECTION TO PRE- |
| | ) | SENTENCE REPORT |
| vs. | ( | |
| | ) | |
| JIN MU, et al., | ( | |
| | ) | |
| Defendants. | ( | |

Paragraph 43 of the presentence report says, "The defendant was a leader of a criminal activity that involved five or more participants. Pursuant to § 3B1.1(a), the offense level is increased by four levels."

Defendant Jin Mu objects thereto.

"For the purposes of § 3B1.1 (Aggravating Role), the aliens smuggled, transported, or harbored are not considered participants unless they actively assisted

ORIGINAL
Case 1:05-cr-00083   Document 75   Filed 10/30/2006   Page 1 of 5

(OBJECTION TO PRESENTENCE REPORT)
Criminal Case No. 05-00083

in the smuggling, transporting, or harboring of others." (U.S.S.G. § 2L1.1, comment. (n.3).) The number of persons who actively assisted in the smuggling, transporting, or harboring of others was only three (Defendant Jin Mu and two others). (Presentence Report, at paras. 27, 29-30.) "If the defendant was an organizer, leader, manager, or supervisor in any criminal activity [that involved less than five participants], increase by 2 levels." (U.S.S.G. § 3B1.1(c).)

This dispute affects the calculation of the applicable guideline range. A base offense levrel of 12 (Presentence Report, at para. 40), increased by 3 levels for smuggling more than six unlawful aliens (Presentence Report, at para. 41), increased by 2 levels for being a leader of a criminal activity that involved less than five participants (Presentence Report, at paras. 27, 29-30), and decreased by three levels for acceptance of responsibility (Presentence Report, at para. 46), results in an offense level of 14. The guideline range that corresponds to an offense level of 14 and a criminal history category of I (Presentence Report, at para. 50) is 15 to 21

--------------------

2

(OBJECTION TO PRESENTENCE REPORT)
Criminal Case No. 05-00083

months.

>Dated, Hagåtña, Guam,

>>October 30, 2006.

>>>Respectfully submitted,

>>>_____
>>>HOWARD TRAPP
>>>For HOWARD TRAPP INCORPORATED
>>>Attorney for Defendant Jin Mu

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant Jin Mu herein, and that on October 30, 2006, I served the document to which this declaration is annexed on Maria C. Cruz, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2006, at Hagåtña, Guam.

---
REINA Y. URBIEN

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant Jin Mu herein, and that on October 30, 2006, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2006, at Hagåtña, Guam.

_____
REINA Y. URBIEN