FILED
DISTRICT COURT OF GUAM
DEC - 8 2006
MARY L.M. MORAN
CLERK OF COURT

jinmustp2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00083 |
| Plaintiff, ) | |
| vs. ) | STIPULATED MOTION TO CONTINUE SENTENCING DATE |
| JIN MU, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Howard Trapp, hereby move this Honorable Court for an order to continue the sentencing in this case, now set for December 13, 2006, at 9:30 a.m. The parties request the sentencing date be continued because the defendant is a potential witness in a current District Court case scheduled for trial.. The parties are requesting a sentencing date after December 29, 2006.

DATED: DEC 07 2006

HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 12/7/06      By: _____
KARON V. JOHNSON
Assistant U.S. Attorney