LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00083 |
| Plaintiff, ) | ORDER TO CONTINUE SENTENCING DATE |
| vs. ) | |
| JIN MU, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the sentencing date of Jin Mu is hereby continued until the 3rd day of January 2007, at 10:00 a.m.

12-11-06
DATE

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL