LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

DEC 2 9 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JIN MU, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00083 <br><br> **STIPULATED MOTION TO** <br> **CONTINUE SENTENCING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Howard Trapp, hereby move this Honorable Court for an order to continue the sentencing in this case, now set for January 3, 2007, at 10:00 a.m. The parties request this continuance, because the defendant remains a potential witness in a current District Court case scheduled for trial. The parties request a sentencing date on or after January 9, 2007.

SO STIPULATED this 29th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

_/s/ Howard Trapp_
HOWARD TRAPP
Attorney for Defendant