LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JIN MU,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00083<br><br>**ORDER TO CONTINUE<br>SENTENCING DATE** |

**IT IS HEREBY ORDERED** that the sentencing date of Jin Mu is continued to January 17, 2007, at 9:30 a.m.

12/29/06
DATE

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL