jinmumtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00083 |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE** |
| vs. | |
| JIN MU, | |
| Defendant. | |

The United States hereby moves this Honorable Court for a departure from the mandatory minimum term of 60 months incarceration, as provided by 18 U.S.C. § 3553(c), and the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of alien smuggling.

Defendant's co-defendant, Yi Xu Chen, has already been sentenced in this matter, to 36 months incarceration. Chen and Mu brought 9 aliens into Guam by boat from Saipan, landing them at the Mangilao Golf Course. They were assisted by Norman Manglona, who knew Mu from when he worked for Manglona's company in Saipan. Manglona provided Mu with a GPS and cell phone, and agreed to pick up Mu, Chen and their girlfriends when they landed on Guam. On February 27, 2004, Manglona transported the four to a hotel after they landed, and later allowed them to live at his residence. As a result of Mu and Chen pleading guilty and being willing to testify against Manglona, he pled guilty January 4, 2007, to alien smuggling, and will be sentenced April 3, 2007.

Because his cooperation has resulted in the conviction of another individual, the government is recommending that defendant receive a sentence of 36 months incarceration.

RESPECTFULLY SUBMITTED this __12th__ day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney

- 2 -

Case 1:05-cr-00083    Document 86    Filed 01/12/2007    Page 2 of 2