(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

JAN 1 8 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

----

| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00083 |
|---|---|---|
| Plaintiff, | ( | STIPULATION |
| vs. | ( | |
| JIN MU, | ( | |
| Defendant. | ( | |

----

It is stipulated that the hearing on imposition of sentence, heretofore set for January 17, 2007, at 9:30 A.M. be postponed and continued for approximately one week.

The reason for this stipulation is that the attorney for Defendant broke his fibula in the evening of January 16, 2007, and as a consequence was prevented from appearing before the Court the following morning.

Dated at Hagåtña, Guam, this 18th day of January, 2007.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(STIPS\ContSent.JMu)

ORIGINAL