(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

JAN 19 2007

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00083 |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| JIN MU, | ) | |
| Defendant. | ) | |

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the hearing on imposition of sentence, heretofore set for January 17, 2007, be postponed and continued to January 25, 2007, at 11:00 A.M.

Dated at Hagåtña, Guam, this 18 day of January, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

(DOCUMENT\ORDER2.JMu)

ORIGINAL