# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00083-001              DATE: January 25, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 11:18:11- 12:04:25
CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Jin Mu                             Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☑ P.R.            ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson                  U.S. Agent:
U.S. Probation: Maria Cruz                    U.S. Marshal: D. Punzalan / G. Perez
Interpreter: Foo Mee Chun Clinard             Language: Mandarin

---

**PROCEEDINGS: Sentencing**
- Government's oral Motion to Continue was denied.
- Government's Motion for Substantial Assistance was <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>3 years for each of Count II, III, and IV, to be served concurrently, with credit for time served (approximately 11 months).</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years for each of Counts II, III, and IV, to be served concurrently</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $300.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Court Ordered that the funds confiscated at the time of arrest be returned for payment towards his special assessment fee.  No further written order will be forthcoming.
- Defense's oral motion for self-surrender was granted. Defendant allowed to self-surrender to the U.S. Marshals Service on Guam upon designation of Bureau of Prisons.
- Defendant released as previously ordered and admonished to abide by the conditions.
- Government's oral Motion to Dismiss Counts I and V through X was granted. No further written order will be forthcoming.

NOTES: