# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: **JIN MU**  Docket No. **CR 05-00083-001**

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW **MARIA C. CRUZ**, Pretrial Services Officer, presenting an official report upon the conduct of **Jin Mu** who was placed under pretrial release supervision by the Honorable **Joaquin V.E. Manibusan, Jr.** sitting in the court at **Hagatna, Guam** on **25th** date of **August**, 20 **06** under the following conditions:

Report to the U.S. Probation Office as directed for supervision; surrender any passport to Clerk of Court; obtain no passport; abide by the following restriction by residing at The Jungle Store, Suite 110, Calvo's Plaza, Yigo, Guam 96929; avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution unless under the direction of the Immigration & Customs Enforcement or his attorney; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; not leave Territory of Guam without prior permission of the Court and Probation Office; and avoid all ports of entry and exit.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

**See attached *Declaration in Support of Petition, Re: Violation Report, Request for a Warrant*, submitted by U.S. Probation Officer Maria C. Cruz**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. § 3148(b), order that a Warrant of Arrest be issued and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case.

Respectfully,

/s/ MARIA C. CRUZ
U.S. Pretrial Services Officer

Place: Hagåtña, Guam

Date: December 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00083-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| JIN MU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re: Violation Report, Request for a Warrant**

I, U.S. Probation Officer Maria C. Cruz, am assisting assigned U.S. Probation Officer Specialist Carmen D. O'Mallan in supervising the Court-ordered pretrial release conditions for Jin Mu, and in that capacity declare as follows:

On August 25, 2006, Jin Mu, who was charged with <u>Count I</u> - Conspiracy to Smuggle Aliens, in violation of 8 U.S.C. §§ 2 and 371, and <u>Counts II through X</u> - Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed for supervision; surrender his passport to Clerk of Court; obtain no passport; abide by the following restriction and reside at The Jungle Store, Suite 110, Calvo's Plaza, Yigo, Guam 96929; avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution unless under the direction of the Immigration & Customs Enforcement or his attorney; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; not leave the Territory of Guam without prior permission of the Court and Probation Office; and avoid all ports of entry and exit.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Warrant
Re:   MU, Jin
Criminal Case No. 05-00083-001
December 28, 2007
Page 2

On January 25, 2007, the defendant was sentenced by Chief Judge Frances M. Tydingco-Gatewood to serve three years imprisonment for <u>Counts II, III and IV</u> - Alien Smuggling, all in violation of 8 U.S.C. § 1324(a)(2)(B)(ii). Upon release from imprisonment, he would be placed on three years supervised release. After the Sentencing hearing, the defendant's release was continued under the supervision of the U.S. Probation Office.

On May 3, 2007, the defendant was designated by the Bureau of Prisons to a prison facility and was scheduled to self-surrender to the U.S. Marshal Service. However, the U.S. Marshal Service was unable to contact the defendant and enlisted the assistance of the U.S. Probation Office. On May 8, 2007, U.S. Probation Officer Specialist Carmen O'Mallan telephonically contacted Ms. Rong Tong, who was the defendant's live-in girlfriend. Tong stated that the defendant had not lived with her for about 20 days and she did not know his whereabouts. Tong further stated that she heard he was "in jail." On May 15, 2007, Specialist O'Mallan and U.S. Probation Officer Judy Ocampo visited Tong's employment and residence. Tong indicated that she had not seen the defendant for over a month. She further related that they had an argument and she threw out his clothes after he left. Specialist O'Mallan asked Tong to contact the U.S. Probation Office if she hears from the defendant.

Based on the above, the defendant is alleged to have violated the following conditions:

**Mandatory Condition:** *The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.*

**Mandatory Condition:** *The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.*

**Special Condition:** *The defendant shall abide by the following restriction and reside at The Jungle Store, Suite 110, Calvo's Plaza, Yigo, Guam 96929*

**Supervision Compliance:** As of December 28, 2007, the defendant's whereabouts are unknown and he is considered an absconder.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Warrant
Re:   MU, Jin
Criminal Case No. 05-00083-001
December 28, 2007
Page 3


**Recommendation:**  This Officer respectfully requests pursuant to 18 U.S.C. § 3148, that a warrant be issued for the defendant's appearance at a hearing to determine if his bail should be revoked or why his conditions of release should not be revoked.

    I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

    Executed this 28<u>th</u> day of December 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Chief U.S. Probation Officer

By:   
    /s/ MARIA C. CRUZ
    U.S. Probation Officer

Reviewed by:

/s/ GRACE D. FLORES
U.S. Probation Officer
  Acting Supervision Unit Leader

cc:    Karon V. Johnson, Assistant U.S. Attorney
       Howard Trapp, Defense Counsel
       File