# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: **JIN MU**   Docket No. **CR 05-00083-001**

## Petition for Action on Conditions of Pretrial Release

COMES NOW **MARIA C. CRUZ**, Pretrial Services Officer, presenting an official report upon the conduct of **Jin Mu** who was placed under pretrial release supervision by the Honorable **Joaquin V.E. Manibusan, Jr.** sitting in the court at **Hagatna, Guam** on **25th** date of **August**, 20 **06** under the following conditions:

Report to the U.S. Probation Office as directed for supervision; surrender any passport to Clerk of Court; obtain no passport; abide by the following restriction by residing at The Jungle Store, Suite 110, Calvo's Plaza, Yigo, Guam 96929; avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution unless under the direction of the Immigration & Customs Enforcement or his attorney; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; not leave Territory of Guam without prior permission of the Court and Probation Office; and avoid all ports of entry and exit.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

**See attached *Declaration in Support of Petition, Re: Violation Report, Request for a Warrant,* submitted by U.S. Probation Officer Maria C. Cruz**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. § 3148(b), order that a Warrant of Arrest be issued and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be revoked.

Respectfully,

ORDER OF COURT

Considered and ordered this **2nd** day of **January**, **2008** and ordered filed and made a part of the records in the above case.

/s/ MARIA C. CRUZ
U.S. Pretrial Services Officer

Place: Hagåtña, Guam

Date: December 28, 2007

**/s/ Frances M. Tydingco-Gatewood
Chief Judge**